**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALAN RUEKERT,

    Plaintiff,

v.

MERCK & CO., INC. and DOES 1 through 100,

    Defendants.
                                  /

No. C 05-03361 WHA

**ORDER OF REFERRAL**

      This action appears to be one of several cases currently pending in the Northern District of California involving the prescription drug VIOXX®. The earliest-filed action was *Guinta v. Merck & Co., Inc.*, Case No. C 04-5061 MHP. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Marilyn H. Patel for the purpose of determining whether it is related as defined in Civil Local Rule 3-12(a).

    **IT IS SO ORDERED.**

Dated: August 25, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE