IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA GREER and DONALD GREER,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., MCKESSON CORPORATION, and DOES ONE through TWENTY, inclusive,<br><br>Defendants.<br>_____/ | No. C 05-04657 WHA<br><br><br><br>**ORDER OF REFERRAL** |

This action appears to be one of several cases currently pending in the Northern District of California involving the prescription drug VIOXX®. The earliest-filed action was *Guinta v. Merck & Co., Inc.*, Case No. C 04-5061 MHP. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Marilyn H. Patel for the purpose of determining whether it is related as defined in Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated:  November 21, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE